In the Matter of A. FAIRFAX MONTAGUE, an Attorney at Law.— Upon charge No. 1 set forth in petition and respondent's answer thereto, he is suspended from practice for the period of one year and thereafter until the further order of the court. All concur.

In the Matter of LEON L. ARTHUR, an Attorney at Law.— Order of disbarment entered upon the judgment of the County Court of Oneida county made February 28, 1933, convicting the respondent upon his plea of guilty of the crime of grand larceny in the first degree and sentencing him to the State prison at Auburn.

WILLIAM A. MEARS, Individually and as Executor, etc., of EMMA F. MEARS, Deceased, Appellant, v. HARRY COOPER, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Model Association* v. *Reeves* (236 N. Y. 331). All concur.

GEORGE BARTLE, Respondent, v. HARRY R. AUSTIN, Doing Business as HARRY R. AUSTIN LUMBER COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur.

ALOYSIUS P. RAFFERTY, Respondent, v. PAGE-MORRIS, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL GAREY, Appellant.— Judgment of conviction affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED OHLSON, Appellant.— Judgment of conviction affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT ZANKL and Others, Appellants.— Judgment of conviction affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HARRY J. DONLON, Respondent.— Judgment affirmed, with costs. All concur.

KATHERINE E. DOYLE, Respondent, v. EDWARD H. MILLER, SR., and MILLER CORSETS, INCORPORATED, Appellants. KATHERINE E. DOYLE, Respondent, v. EDWARD H. MILLER, SR., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, Thompson, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VALDEMAR FARRELL, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.— Order affirmed. All concur.

AMELIA L. WOLF, as Administratrix, etc., of JOSEPH WOLF, Deceased, Respondent, v. BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Order reversed, without costs of this appeal to either party, and motion denied, without costs. There is no affirmative defense pleaded in this answer. The allegations of the so-called separate defense amount merely to a denial of negligence on the part of the defendant. All concur.